UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRY C. FISHER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SOC NEVADA, LLC, a Nevada corporation; ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>　　　　　Defendant. | Case No. 2:10-CV-00477<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Defendant, SOC Nevada, LLC, and Plaintiff, Harry C. Fisher, by and through their respective counsel of record, do hereby stipulate and respectfully request an order dismissing this action with prejudice as to all parties named herein. The parties have reached an out-of-court resolution of this matter.

　　　　Each party named herein shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order. Further, this Court shall retain jurisdiction over any

. . .

. . .

. . .

disputes arising out of the out-of-court resolution of this matter.

Dated this __14__ day of June, 2010.                Dated this __14__ day of June, 2010

/s/ Kristina S. Holman
KRISTINA S. HOLMAN                                  VERONICA ARECHEDERRA HALL, ESQ.

Attorneys for Plaintiff                             LITTLER MENDELSON

                                                    Attorney for Defendant

**IT IS SO ORDERED:**

DATED this 1st day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2